# Court of Appeals
# of the State of Georgia

ATLANTA,____March 31, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1396.  KALEEM J. RA-HASHIM et al. v. U. S. BANK TRUST, N.A.**

This case originated as a dispossessory action in magistrate court.  After an adverse judgment, Defendants Kaleem J. Ra-Hashim and Fonda H. Ra-Hashim sought review before the superior court.  The superior court also ruled against the Ra-Hashims, who then filed this direct appeal.  We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  Because the Ra-Hashims did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/31/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*